

## In The
## Court of Appeals
## Sixth Appellate District of Texas at Texarkana

_____

No. 06-08-00140-CV

_____

IN RE: SUSAN WOODS

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Susan Woods seeks an order from this Court directing the 71st Judicial District Court of Harrison County, Texas, to withdraw its order severing her medical malpractice claim against Dr. Edward Liu from Woods' remaining claims against various parties. On March 4, 2009, we abated the proceedings in this case pursuant to TEX. R. APP. P. 7.2 and *In re Baylor Medical Center at Garland*, No. 06-0491, 2008 WL 3991132 (Tex. Aug. 29, 2008) (orig. proceeding). During the abatement period, the trial court reconsidered the at-issue severance motion and ultimately denied it.

The basis for Woods' petition for writ of mandamus has been resolved in her favor by the trial court. Accordingly, we dismiss her petition as moot.

Jack Carter
Justice

Date Submitted:     April 14, 2009
Date Decided:       April 15, 2009

2